# United States District Court

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

UTICA MUTUAL INSURANCE GROUP,
               Plaintiff

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

VINCENZO PREZIOSO and JOSEPHINE PREZIOSO,
d/b/a JOSIE'S PIZZA,
               Defendants

04 - 12198 REK

TO: (Name and Address of Defendant)

Josephine Prezioso, d/b/a
Josie's Pizza
932 Salem Street
Malden, MA

RECEIVED
NOV 15 2004

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard E. Heifetz, Esquire
Danielle M. Maloney, Esquire
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108

together with a copy of the Civil Cover Sheet and Category Sheet an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS
CLERK

_(signature)_
BY DEPUTY CLERK

OCT 20 2004
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

~~Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171
Middlesex, ss.

November 9, 2004

By virtue of this writ I have made diligent search for the within-named JOSEPHINE PREZIOSO, DBA JOSIE'S PIZZA and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Diligent Search ($15.00) Total Charges $15.00

Deputy Sheriff~~

Address of Server

Jeffrey Roelofs

ACCEPTANCE OF SERVICE

I, ~~Elizabeth Pyle~~, Esquire, of Andersen & Kreiger, LLP, 47 Thorndike Street, Cambridge, MA 02141, hereby accept service of the Complaint, Civil Cover Sheet and Category Sheet in the above-captioned matter on behalf of the Defendant, JOSEPHINE PREZIOSO, ~~d/b/a JOSIE'S PIZZA~~.

SERVICE IS ACCEPTED THIS 15TH DAY OF DECEMBER, 2004.

~~Elizabeth Pyle~~, Esquire
Jeffrey Roelofs

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.