UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12198-REK

|  |  |
|---|---|
| UTICA MUTUAL INSURANCE GROUP, )<br>                    Plaintiff, )<br>v.                                  )<br>VINCENZO PREZIOSO and JOSEPHINE )<br>PREZIOSO, d/b/a JOSIE'S PIZZA,      )<br>                    Defendants. ) | |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

The parties jointly request the Court to reschedule the Scheduling Conference currently scheduled for March 31, 2005. The reason for the request is that the Defendants' attorney will be out of the country from March 21 through April 1. The parties have agreed on either April 5 or April 7, 2005 as an acceptable date for the conference.

| UTICA MUTUAL INSURANCE GROUP<br>By its attorney, | VINCENZO PREZIOSO and JOSEPHINE<br>PREZIOSO, d/b/a JOSIE'S PIZZA<br>By their attorney, |
|---|---|
| */s/ Maloney (APK)* | */s/ Arthur P. Kreiger* |
| Danielle M. Maloney (BBO #647527)<br>TUCKER, HEIFETZ & SALTZMAN, LLP<br>Three School Street<br>Boston, MA 02108<br>(617) 557-9696 | Arthur P. Kreiger (BBO #279870)<br>ANDERSON & KREIGER LLP<br>43 Thorndike Street<br>Cambridge, MA 02141<br>(617) 252-6575 |

Dated: February 8, 2005

prez\ins\p\JtMottoContinue