UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UTICA MUTUAL INSURANCE GROUP,  * | |
|                   Plaintiff  * | |
| vs.   * | CIVIL ACTION |
|    * | NO. 04-12198-REK |
| JOSEPHINE PREZIOSO, d/b/a JOSIE'S PIZZA,   * | |
|                   Defendant   * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ASSENTED TO
PLAINTIFF'S MOTION TO AMEND ITS COMPLAINT

Plaintiff, Utica Mutual Insurance Company ("Utica"), moves this Court pursuant to Fed. R. Civ. P. 15(a) for leave of court to amend its complaint. Specifically, Utica seeks to add Exxon Mobil Corporation as a Defendant for liability under M.G.L., c. 21E. In support of its motion for leave to amend, Utica submits that Exxon Mobil Corporation f/k/a Exxon Corporation owned and operated a gasoline filling station at the property, which is the subject of this lawsuit, to approximately 1980. In 1974, Exxon Corporation removed two underground storage tanks in the area that is allegedly contaminated. An original of the Amended Complaint is filed herewith, and the Plaintiff requests it be docketed upon allowance of the within motion.

                                              Respectfully submitted,

                                              UTICA NATIONAL INSURANCE GROUP,
                                              Defendant

**THIS MOTION IS HEREBY ASSENTED TO BY:**

                                              By Its Attorney:

_/s/ Arthur P. Kreiger_                       _/s/ Richard E. Heifetz_

Arthur P. Kreiger   BBO #279870      Richard E. Heifetz   BBO #229000
Andersen & Kreiger, LLP               Danielle M. Maloney   BBO #647527
47 Thorndike Street                        TUCKER, HEIFETZ & SALTZMAN, LLP
Cambridge, MA 02141                   Three School Street
617-252-6575                                       Boston, MA 02108
ATTORNEY FOR THE DEFENDANT   617-557-9696       FAX 617-227-9191
                                              Dated: June 1, 2005