UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>JOSEPHINE PREZIOSO and<br>EXXON MOBIL CORPORATION<br><br>Defendants. | Civil Action No. 04-12198-REK |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant, Exxon Mobil Corporation ("ExxonMobil"), hereby moves for an Order extending the time by which it must answer or otherwise respond to the Complaint up to and including March 3, 2006. In support of this Motion, ExxonMobil states that the parties have agreed to mediate their dispute and seek to postpone litigation until and in the event that mediation does not resolve this dispute.

WHEREFORE, ExxonMobil prays that its Assented to Motion to Extend Time to Respond to Complaint be allowed.

| EXXON MOBIL CORPORATION | UTICA MUTUAL INSURANCE COMPANY |
|---|---|
| By their attorneys, | By its attorneys, |
| HOLLAND & KNIGHT LLP | TUCKER, HEIFETZ & SALTZMAN, LLP |
| /s/ Tara J. Myslinski | /s/ Richard E. Heifetz (with permission) |
| Deborah E. Barnard (BBO #550654) | Richard E. Heifetz (BBO #229000) |
| Tara J. Myslinski (BBO #644936) | Danielle M. Maloney (BBO #647527) |
| 10 St. James Avenue | Three School Street |
| Boston, MA 02116 | Boston, MA 02108 |
| (617) 523-2700 | (617) 557-9696 |

Dated: December 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail to Richard E. Heifetz, Esq., Tucker, Heifetz & Saltzman, LLP, Three School Street, Boston, MA 02108, this 22nd day of December, 2005.

/s/ Tara J. Myslinski
Tara J. Myslinski