UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>JOSEPHINE PREZIOSO and<br>EXXON MOBIL CORPORATION<br><br>Defendants. | Civil Action No. 04-12198-REK |

## NOTICE OF APPEARANCE

Please enter the appearance of Tara J. Myslinski and the law firm of Holland & Knight LLP as attorneys for Defendant, Exxon Mobil Corporation, in the above-captioned action.

                                        Respectfully submitted,

                                        EXXON MOBIL CORPORATION

                                        By its attorneys,

                                        HOLLAND & KNIGHT LLP

                                        /s/ Tara J. Myslinski
                                        Tara J. Myslinski (BBO No. 644936)
                                        10 St. James Avenue
                                        Boston, MA  02116
                                        (617) 523-2700

Dated: December 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail to the following counsel of record this 27th day of December, 2005:

Danielle M. Maloney, Esq.
Tucker, Heifetz & Saltzman LLP
3 School Street
Boston, MA 02108

Richard E. Heifetz, Esq.
Tucker, Heifetz & Saltzman
3 School Street
Boston, MA 02108

Arthur P. Kreiger, Esq.
Anderson & Kreiger
43 Thorndike Street
Cambridge, MA 02141

/s/ Tara J. Myslinski
Tara J. Myslinski

# 3479408_v1