UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>JOSEPHINE PREZIOSO and<br>EXXON MOBIL CORPORATION<br><br>Defendants. | Civil Action No. 04-12198-REK |

### NOTICE OF APPEARANCE

Please enter the appearance of Deborah E. Barnard and the law firm of Holland & Knight LLP as attorneys for Defendant, Exxon Mobil Corporation, in the above-captioned action.

Respectfully submitted,

EXXON MOBIL CORPORATION

By its attorneys,

HOLLAND & KNIGHT LLP

/s/ Deborah E. Barnard
Deborah E. Barnard (BBO No. 550654)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: December 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail to the following counsel of record this 27th day of December, 2005:

Danielle M. Maloney, Esq.  
Tucker, Heifetz & Saltzman LLP  
3 School Street  
Boston, MA 02108

Richard E. Heifetz, Esq.  
Tucker, Heifetz & Saltzman  
3 School Street  
Boston, MA 02108

Arthur P. Kreiger, Esq.  
Anderson & Kreiger  
43 Thorndike Street  
Cambridge, MA 02141

/s/ Deborah E. Barnard  
Deborah E. Barnard

# 3479386_v1