# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS

UTICA MUTUAL INSURANCE COMPANY,
                     Plaintiff

            **SUMMONS IN A CIVIL ACTION**

V.

JOSEPH PREZIOSO and EXXON MOBIL CORPORATION,
               Defendants

CASE NUMBER:      04-12198-REH

TO: (Name and address of Defendant)

    CORPORATION SERVICE COMPANY, Registered Agent
      for EXXON MOBIL CORPORATION
    84 State Street
    Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Richard E. Heifetz, Esquire
    TUCKER, HEIFETZ & SALTZMAN, LLP
    Three School Street
    Boston, MA 02108
    617-557-9696    FAX 617-227-9191

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                           DEC - 7 2005



CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                     Signature of Server

_____
Address of Server

---

Suffolk, ss.                                                                  December 16, 2005

I hereby certify and return that on 12/14/2005 at 3:05PM I served a true and attested copy of the Summons and Amended Complaint in this action in the following manner: To wit, by delivering in hand to Jay Douglas, Process Clerk, agent and person in charge at the time of service for Exxon Mobil Corporation, at C/O Corporation Service Company, 84 State Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter                    /s/ John Cotter
                                              Deputy Sheriff

**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

