UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UTICA MUTUAL INSURANCE GROUP,             * <br> Plaintiff                                          * <br> vs.                                                        * <br>                                                              * <br> JOSEPHINE PREZIOSO and                    * <br> EXXON MOBIL CORPORATION,              * <br> Defendants                                     * | CIVIL ACTION <br> NO. 04-12198-REK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION FOR ORDER OF REFERENCE TO MEDIATION

Now come the parties to the above-captioned matter and move this Honorable Court to refer this matter to mediation.

Respectfully submitted,

| | |
|---|---|
| UTICA MUTUAL INSURANCE GROUP, <br> Plaintiff | EXXON MOBIL CORPORATION, <br> Defendant |
| By Its Attorney: | By Its Attorney: |
| Richard E. Heifetz      BBO #229000 <br> Danielle M. Maloney   BBO #647527 <br> TUCKER, HEIFETZ & SALTZMAN, LLP <br> Three School Street <br> Boston, MA 02108 <br> 617-557-9696 | Tara J. Myslinski     BBO #644936 <br> Deborah E. Barnard  BBO #550654 <br> HOLLAND & KNIGHT, LLP <br> 10 St. James AveNue <br> Boston, MA 02116 <br> 617-523-2700 |

JOSEPHINE PREZIOSO, Defendant

By Her Attorney,

Arthur P. Kreiger    BBO #279870
ANDERSON & KREIGER LLP
43 Thorndike Street
Cambridge, MA  02141-1764
617-252-6575

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
*************************************************
UTICA MUTUAL INSURANCE GROUP,             *
                              Plaintiff   *
                                          *       CIVIL ACTION
vs.                                       *       NO. 04-12198-REK
                                          *
JOSEPHINE PREZIOSO and                    *
EXXON MOBIL CORPORATION,                  *
                              Defendants  *
*************************************************
```

## JOINT MOTION FOR ORDER OF REFERENCE TO MEDIATION

Now come the parties to the above-captioned matter and move this Honorable Court to refer this matter to mediation.

Respectfully submitted,

| UTICA MUTUAL INSURANCE GROUP, Plaintiff | EXXON MOBIL CORPORATION, Defendant |
|---|---|
| By Its Attorney: | By Its Attorney: |
| Richard E. Heifetz    BBO #229000<br>Danielle M. Maloney    BBO #647527<br>TUCKER, HEIFETZ & SALTZMAN, LLP<br>Three School Street<br>Boston, MA 02108<br>617-557-9696 | Tara J. Myslinski    BBO #644936<br>Deborah E. Barnard  BBO #550654<br>HOLLAND & KNIGHT, LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>617-523-2700 |

JOSEPHINE PREZIOSO, Defendant

By Her Attorney,

_____
Arthur P. Kreiger    BBO #279870
ANDERSON & KREIGER LLP
43 Thorndike Street
Cambridge, MA 02141-1764
617-252-6575

Dated: 1/2/06