UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UTICA MUTUAL INSURANCE COMPANY

Plaintiff,

v.

JOSEPHINE PREZIOSO and
EXXON MOBIL CORPORATION

Defendants.

Civil Action No. 04-12198-REK

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant, Exxon Mobil Corporation ("ExxonMobil"), hereby moves for an Order

extending the time by which it must answer or otherwise respond to the Complaint up to and

including May 3, 2006.  In support of this Motion, ExxonMobil states that the parties have

agreed to mediate their dispute and seek to postpone litigation until and in the event that

mediation does not resolve this dispute.

WHEREFORE, ExxonMobil prays that its Assented to Motion to Extend Time to

Respond to Complaint be allowed.

EXXON MOBIL CORPORATION

By their attorneys,

HOLLAND & KNIGHT LLP


/s/ Tara J. Myslinski
Deborah E. Barnard (BBO #550654)
Tara J. Myslinski (BBO #644936)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700


Dated:  February 21, 2006

# 3600557_v1

UTICA MUTUAL INSURANCE COMPANY

By its attorneys,

TUCKER, HEIFETZ & SALTZMAN,LLP


/s/ Richard E. Heifetz (w/permission)
Richard E. Heifetz (BBO #229000)
Three School Street
Boston, MA 02108
(617) 557-9696

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail to Richard E. Heifetz, Esq., Tucker, Heifetz & Saltzman, LLP, Three School Street, Boston, MA 02108, this 21st day of February, 2006.

/s/ Tara J. Myslinski
Tara J. Myslinski