UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>JOSEPHINE PREZIOSO and<br>EXXON MOBIL CORPORATION<br><br>Defendants. | Civil Action No. 04-12198-REK |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant, Exxon Mobil Corporation ("ExxonMobil"), hereby moves for an Order extending the time by which it must answer or otherwise respond to the Complaint by sixty days, up to and including July 3, 2006. As grounds for this Motion, ExxonMobil states:

1. By Order of the Court dated February 27, 2006, the time by which ExxonMobil must answer or otherwise respond to the Complaint is May 3, 2006.

2. The parties have agreed to mediate their dispute. Nonetheless, prior to the mediation scheduled for April 21, 2006, the parties reached a tentative agreement to resolve most, if not all, of their dispute outside of mediation. Consequently, the parties postponed the mediation.

3. The parties need sixty days to confirm their resolution of this matter and/or to engage in mediation for any remaining aspects of the dispute.

4. No parties will suffer any prejudice as a result of this Motion to Extend Time to Respond to Complaint.

WHEREFORE, ExxonMobil prays that its Assented to Motion to Extend Time to Respond to Complaint, up to and including July 3, 2006, be allowed.

EXXON MOBIL CORPORATION

By their attorneys,

HOLLAND & KNIGHT LLP

/s/ Tara J. Myslinski
Deborah E. Barnard (BBO #550654)
Tara J. Myslinski (BBO #644936)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Assented to:

UTICA MUTUAL INSURANCE COMPANY

By its attorneys,

TUCKER, HEIFETZ & SALTZMAN, LLP

/s/ Richard E. Heifetz (w/permission)
Richard E. Heifetz (BBO #229000)
Three School Street
Boston, MA 02108
(617) 557-9696

Dated: April 21, 2006
# 3731272_v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail to Richard E. Heifetz, Esq., Tucker, Heifetz & Saltzman, LLP, Three School Street, Boston, MA 02108, this 21th day of April, 2006.

/s/ Tara J. Myslinski
Tara J. Myslinski