## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UTICA MUTUAL INSURANCE GROUP, | * |
| Plaintiff | * |
| | * |
| vs. | * |
| | * |
| | * |
| JOSEPHINE PREZIOSO and | * |
| EXXON MOBIL CORPORATION, | * |
| | * |
| Defendants | * |

CIVIL ACTION
NO. 04-12198-REK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF CHANGE OF ADDRESS

Effective **May 1, 2006** the address of the firm, Tucker, Heifetz & Saltzman, LLP, will be changed from Three School Street to:

Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801
Boston, MA 02110
Telephone & Facsimile numbers remain the same:
617-557-9696   FAX 617-227-9191

Respectfully submitted,

UTICA NATIONAL INSURANCE GROUP,
Defendant

By Its Attorney:

_____
Richard E. Heifetz      BBO #229000
Danielle M. Maloney      BBO #647527
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696
Dated:      April 24, 2006

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4.24.06