# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Utica Mutual Insurance Group<br><br>**Plaintiff**<br><br>v.<br><br>Vincenzo Prezioso et al<br>**Defendant** | **Civil Action**<br>**No: 04cv12198-WGY** |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty five (45) days if settlement is not consummated.

    By the Court,

    /s/ Matthew A. Paine

    **Deputy Clerk**

June 26, 2006

To: All Counsel