UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UTICA MUTUAL INSURANCE GROUP, | \* | |
| Plaintiff | \* | |
| vs. | \* | CIVIL ACTION |
| | \* | NO. 04-12198-WGY |
| JOSEPHINE PREZIOSO and | \* | |
| EXXON MOBIL CORPORATION, | \* | |
| Defendants | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41 (a)(1)(ii), the parties hereby stipulate that all claims, counterclaims, cross-claims and third-party claims asserted in the within action be dismissed, with prejudice and without costs. All rights of appeal and claims for attorneys' fees are hereby waived.

JOSEPHINE PREZIOSO, Defendant    UTICA MUTUAL INSURANCE GROUP,
                                 Plaintiff

By Her Attorney:                 By Its Attorney:

_/s/ Arthur Kreiger/dmm_         _/s/ dmm_
Arthur P. Kreiger    BBO #279870 Richard E. Heifetz       BBO #229000
Anderson & Kreiger, LLP          Danielle M. Maloney      BBO #647527
43 Thorndike Street              TUCKER, HEIFETZ & SALTZMAN, LLP
Cambridge, MA 02141              100 Franklin Street
617-252-6575    FAX 617-252-6899 Boston, MA 02110
                                 617-557-9696    FAX 617-227-9191

EXXON MOBIL CORPORATION,
Defendant

By Its Attorney:

_/s/ Deborah Barnard/dmm_
Deborah E. Barnard    BBO #550654
Tara J. Myslinski     BBO #644936
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
617-523-2700    FAX 617-523-6850

Date Filed:    August 1st, 2006